Ben Crittenden
Law Office of Ben Crittenden, P.C.
750 W. 2nd Ave., Suite 200
Anchorage, AK 99501
P: (907) 771-9002
F: (907) 771-9001
Email: ben@crittendenlawoffice.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ANDREW EICHORST, ) | ) Case 3:17-CV_____ (___) |
| Plaintiff, ) | ) |
| ) | ) |
| v. ) | ) **COMPLAINT** |
| ) | ) |
| UNITED STATES OF AMERICA, ) | ) |
| Defendant. ) | ) |

COME NOW, the plaintiff, ANDREW EICHORST, by and through his attorney, BEN CRITTENDEN, to state and allege the following as their cause of action for their complaint.

I

This Court has jurisdiction over this cause of action pursuant to 28 U.S.C. 1346(b) and 28 U.S.C. 2671, *et seq*., (The Federal Tort Claims Act) as hereinafter more fully appears.

II

Venue is proper in the United States District Court for the District of Alaska pursuant to 28 U.S.C. 1402(b). The plaintiff was a resident within the District of Alaska when this incident

occurred and when the acts or omissions complained of occurred within the District of Alaska and the United States is a defendant.

III

Plaintiff filed his Form 95 pursuant to the Federal Tort Claims with the United States Department of Air Force on July 26, 2016. These claims were not administratively denied or resolved by this agency within 6 months nor after numerous requests to resolve these claims were made and suit is permitted under 28 U.S.C. 2675(a).

IV

The United States of America is a defendant in this matter in that the Department of the Air Force is a department of the United States government and is vicariously liable for the acts/omissions of JOSHUA MOORE, its employees, representatives, contractors, and agents under the theories of respondeat superior, agency, negligence, joint enterprise, negligent entrustment and negligent supervision. The term defendant in this complaint means the United States and/or Department of Air Force acting through its employees, representatives, contractors and/or agents.

V

All events relative to the cause of action of this complaint occurred in the state of Alaska at Joint Base Elmendorf-Richardson (JBER) near Anchorage, Alaska.

VI

On or about May 4, 2015, Plaintiff Andrew Eichorst, was driving westbound on Arctic Warrior and driving through the intersection of Arctic Warrior and Sijan Ave. on a green light, when the vehicle driven by Joshua Moore, who was a member of the United States Air Force on duty that day, was driving eastbound on Arctic Warrior and attempted a left turn (northbound) onto Sijan Ave. at the Arctic Warrior and Sijan Ave. intersection, striking Plaintiff Andrew

Eichorst's vehicle head-on as he was driving through the intersection on a green light, causing a collision on Joint Base Elmendorf-Richardson (JBER) in Alaska, and causing injuries to the plaintiff for which the defendant is liable.

VII

As a result of defendant's actions plaintiffs suffered the injuries set fourth in paragraph XIV of this complaint.

First Cause of Action

VIII

Plaintiffs reallege and incorporate the facts and allegations of paragraph 1 through VII into this First Cause of Action.

IX

Defendant's member owed a duty of care to operate the defendant's vehicle in a safe and reasonable manner and to drive at a safe and reasonable speed consistent with other drivers on the road and given the particular road conditions. Defendant's member breached this duty of care by, among other things, failing to yield, failing to properly pay attention to the roadway, failing to exercise due care, driving in a careless manner, and failing to warn the plaintiff.

X

As a direct and proximate result of defendant's negligence plaintiffs incurred damages set forth in paragraph XIV of this complaint.

Second Cause of Action

XI

Plaintiffs reallege and incorporate the facts and allegations of paragraph I through X into this Second Cause of Action.

## XII

Defendant was negligent *per se* in that its actions violated AMC 9.18.020 (vehicles turning left must yield to oncoming vehicles) and other laws of the state of Alaska and Municipality of Anchorage in causing this accident, subject of this complaint.

## XIII

As a direct and proximate result of defendant's negligence *per se*, plaintiff's incurred the injuries set forth in paragraph XIV of this complaint.

## XIV

As a direct and proximate result of defendant's acts, plaintiff incurred the following damages:

1. Injuries to Andrew Eichorst's shoulder, head, back, neck, left arm, and knees;

2. Andrew Eichorst's medical and medication expenses in the past, present, and future;

3. Damage to Andrew Eichorst's vehicle, loss of use of the vehicle, and diminished value of thei vehicle;

4. Andrew Eichorst's lost wages or lost earning capacity;

5. Andrew Eichorst's physical and emotional pain and suffering in the past, present, and future;

6. Andrew Eichorst's permanent impairment, discomfort, and the loss of enjoyment of life; and

7. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for a judgment against the defendant as follows:

1. Compensatory damages in a sum to be proven at trial within the amounts originally claimed in the administrative claims process;

2. Costs, interest, and attorney fees as allowed under the Federal Tort Claims Act; and

3. For such other relief as this court deems just and equitable.

DATED this 1st day of May, 2017.

> /S/ Ben Crittenden
> 750 W. 2nd Ave., Suite 200
> Anchorage, Alaska 99501
> (907) 771-9002
> (907) 771-9001 fax
> ben@crittendenlawoffice.com
> Alaska Bar No. 051109